AO 94
(Revised 8/97)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

| UNITED STATES DISTRICT COURT | DISTRICT District of Massachusetts |
|---|---|

| UNITED STATES OF AMERICA  V.  ALEX ISALES PHOLKONG | DOCKET NO. District of Arrest  District of Offense |
|---|---|
| | MAGISTRATE JUDGE CASE NO. District of Arrest    04mj0465 RBC  District of Offense    Unknown |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

☐ indictment    ☐ information    ☒ complaint    ☐ Other (specify)

charging a violation of    21    U.S.C. § 846

| DISTRICT OF OFFENSE  Eastern District of New York | DATE OF OFFENSE  January 25, 2004 |
|---|---|

**DESCRIPTION OF CHARGES:**

Conspiracy with intent to distribute heroin

**CURRENT BOND STATUS:**

☐ Bail Fixed at                              and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

**Representation:** ☒ Retained Own Counsel    ☐ Federal Defender Organization    ☐ CJA Attorney    ☐ None

**Interpreter Required?**    ☒ No    ☐ Yes    Language:

**MASSACHUSETTS**

TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

February 9, 2004
**Date**

/s/ Robert B. Collings
**United States Judge or Magistrate Judge**

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |

COMMENTS